NOVEMBER 20, 1962

**No. 67208.**—Israel Menchaca *v.* United States, protest 321370–K.— —C.D. 2349. Motion of Government for rehearing granted.

BEFORE THE SECOND DIVISION, NOVEMBER 26, 1962

**No. 67209.**—Amity Fabrics, Inc. *v.* United States, protest 59/16288 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 67210.**—Romanelli Import Export Co. *v.* United States, protest 60/6412 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of coffee brewers the same in all material respects as those the subject of Abstract 64580, the claim of the plaintiff was sustained.

**No. 67211.**—Kaiser-Reismann Corporation *v.* United States, protests 323288–K and 58/9519 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

**No. 67212.**—Kaiser-Reismann Corp. *v* United States, protests 59/16654 and 59/17480 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.,* and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 27, 1962

**No. 67213.**—Enlite Products Co., Inc. *v.* United States, protests 60/22381, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 67214.**—Carlyle Fabrics *v.* United States, protests 328424-K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 67215.**—Kaiser-Reismann Corp. *v.* United States, protests 61/693 and 61/15672 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.,* and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.